```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF MISSOURI
                      EASTERN DIVISION
```

TRIM FIT, LLC,                  )
                                )
        Plaintiffs,             )
                                )
        vs.                     )       No. 4:06-CV-0049 CEJ
                                )
DONALD O. DICKEY,               )
                                )
        Defendant.              )

## ORDER

**IT IS HEREBY ORDERED** that the consent motion [# 72] of defendant Donald O. Dickey for an extension of time to file his response to plaintiff's motion for partial summary judgment is **granted.** The deadline for filing the response is **July 16, 2007.**

                                        _____
                                        CAROL E. JACKSON
                                        UNITED STATES DISTRICT JUDGE

Dated this 9th day of July, 2007.